UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

**Case No.** CV **09-3696 CAS (PJWx)**          **Date:** October 30, 2009

**Title:** *Jacqueline Sethi et al v. Eric H. Holder et al*
==========================================================================
**PRESENT:** <u>**HONORABLE CHRISTINA A. SNYDER, JUDGE**</u>

       <u>Catherine M. Jeang</u>        <u>Not Present</u>
     **Deputy Clerk**            **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS**     **ATTORNEYS PRESENT FOR DEFENDANTS**

  Not Present                                     Not Present

**PROCEEDINGS: <u>ORDER TO SHOW CAUSE</u>  (IN CHAMBERS)**

**IT IS HEREBY ORDERED** that **PETITIONER** show cause in writing not later than **11-16-09** why this action should not be dismissed for lack of prosecution.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

PETITIONER is advised that the Court will consider the following:

1)  Answer by respondents, or petitioner's request for entry of default by Clerk on these respondents

on or before the above date, as a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

                                                                       Time in Court: ___: ___
                                                                       Deputy Clerk: <u>KPA</u>